UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Charles B. Day
        United States Magistrate Judge

RE:     Karen Waters  v. Washington Metropolitan Area Transit Authority
        Civil Action No. CBD-14-1609

DATE:   April 29, 2015

\* \* \* \* \* \* \* \* \*

Please be advised that a telephone conference has been scheduled for **Thursday, June 11, 2015 at 2:00 p.m.** in the above-captioned matter regarding status of this case, scheduling the trial in this matter and related deadlines.

The parties asked to dial into the telephone conference using the following phone number, access code, and participant security code:

Phone number:             (888) 684-8852
Access code:              5923783
Participant Security code: 9813

Please do not use speakerphones once the conference call has commenced.

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.

_____/s/_____
The Honorable Charles B. Day
United States Magistrate Judge